UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS SAMUEL JESSOP,<br>Petitioner,<br>v.<br>PEOPLE OF THE STATE OF CALIFORNIA,<br>Respondent. | Case No. 25-cv-09152-WHO (PR)<br><br>**ORDER OF TRANSFER** |

Petitioner Douglas Samuel Jessop challenges his pretrial detention in Los Angeles County, which lies in the Central District of California. Accordingly, this action is TRANSFERRED to the Central District of California, as that is the district of detention. 28 U.S.C. §§ 84(c), 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** October 28, 2025



WILLIAM H. ORRICK
United States District Judge